**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **JHOAILY ISABEL PORTILLO FLOREZ** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-1399-J** |
| | ) | |
| **FRED FIGUEROA, WARDEN, DIAMONDBACK CORRECTIONAL FACILITY, et. al,** | ) | |
| | ) | |
| **Respondents.** | ) | |

**ORDER**

On September 15, 2026, an independent search revealed that Petitioner is no longer in the custody of U.S. Immigration and Customs Enforcement.[1] Another search of the Automated Case Information found on the Executive Office for Immigration Review website states that on August 17, 2026, an Immigration Judge granted "an application," without further details.[2] As a result, Respondents are directed to submit, within seven days, a supplemental brief updating the Court on the status of Petitioner's removal proceedings and whether any change in status impacts the pending claims. Petitioner may also file a supplemental brief within seven days.

**IT IS SO ORDERED** on September 15, 2026.

Shon T. Erwin

SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE

[1] *See* https://locator.ice.gov/odls/#/results (last visited September 15, 2026).

[2] *See* https://acis.eoir.juditce.gov/en/caseInformation (last visited September 15, 2026).