**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

JHOAILY ISABEL PORTILLO FLOREZ,

Petitioner,

v.

FRED FIGUEROA, et al.,

Respondents.

Case No. CIV-26-1399-J

**ORDER**

Petitioner filed a Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 challenging her detention with Immigration and Customs Enforcement. [Doc. No. 1]. While the case was proceeding, Petitioner was granted an Adjustment of Status and released from custody. [Doc. No. 9]. In light of Petitioner's release, the Court FINDS the Petition MOOT and terminates the action.

IT IS SO ORDERED this 23rd day of September, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE